PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: REQUEST TO UNSEAL ) <br> DOCUMENTS IN A CRIMINAL MATTER ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 1:21MC15 <br><br> JUDGE BENITA Y. PEARSON <br><br><br> **JUDGMENT ENTRY** |

    Having filed its Order, the Court hereby enters judgment against the Interested Party.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

  March 11, 2021          */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                               United States District Judge